IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS HUMBERTO BARBOSA, | ) | |
| Petitioner, | ) | Civil Action No. 13-125J |
| | ) | Judge Kim R. Gibson/ |
| vs. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| MARK KIRBY, *Warden, FCI Loretto*, | ) | Re: ECF No. 11 |
| Respondent. | ) | |

## **ORDER**

Luis Humberto Barbosa ("Petitioner") has filed a "Motion to Amend Pursuant to Fed.R.Civ. P. 15" (the "Motion"), ECF No. 11, in order to have this Court consider exhibits that Petitioner attached to the Motion. ECF No. 11-1. The Motion is GRANTED to the extent that the Court will examine the exhibits in considering this Petition, giving them whatever evidentiary weight the Court deems appropriate.

s/Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

Date: August 12, 2014

cc: The Honorable Joy Flowers Conti
United States District Judge

Luis Humberto Barbosa
29500-053
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1000
Loretto, PA 15940

All Counsel of Record via CM-ECF